RECEIVED
IN LAKE CHARLES, LA

AUG 3 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JACK SULLIVAN, ET AL | : | DOCKET NO. 03-796 |
| VS. | : | JUDGE TRIMBLE |
| PHILIP MORRIS USA INC., ET AL | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment [doc. #141] is hereby **DENIED** except at to claims made under the Louisiana Unfair Trade & Consumer Protection Act.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment is **GRANTED** as to all claims of plaintiffs made under the LUTPA, and all such claims are dismissed with prejudice.

The Court has determined that there is no just reason for delay, and directs the entry of a final judgment pursuant to Federal Rule of Civil Procedure 54(b) as to the dismissal of Plaintiffs' claims under the Louisiana Unfair Trade & Consumer Protection Act.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of August, 2005.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE